# Court of Appeals
# of the State of Georgia

ATLANTA,  May 23, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0456. NICHOLAS STEWART v. THE STATE.**

Nicholas Stewart pled guilty to rape, sodomy, aggravated assault, and other related offenses. Stewart filed a motion for an out-of-time appeal, which the trial court denied. He subsequently filed this timely application for discretionary appeal.

The denial of a motion for an out-of-time appeal is directly appealable. *English v. State*, 307 Ga. App. 544, 545 n.4 (705 SE2d 667) (2010); see also *Wetherington v. State*, 296 Ga. 451 (769 SE2d 53) (2015) (addressing merits of direct appeal from denial of motion for out-of-time appeal following guilty plea).

Accordingly, this application for discretionary appeal is hereby GRANTED pursuant to OCGA § 5-6-35 (j). Stewart shall have ten days from the date of this order to file his notice of appeal in the trial court. OCGA § 5-6-35 (g). If he has already filed a notice of appeal from the order at issue, he need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  05/23/2018
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*